P-Send



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States Of America, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 02-350-AHM |
| v. | |
| | REFERRAL OF MOTION TO ~~DISQUALIFY~~ RECUSE JUDGE IN A CRIMINAL CASE |
| STEVEN WILLIAM SUTCLIFFE | |
| DEFENDANT(S). | |

A Motion to ~~Disqualify~~ Recuse the District Judge __A. Howard Matz__ was filed on __January 3, 2003__. Pursuant to General Order 224, this motion is referred to Judge __Virginia A. Phillips__ for determination. Also in accordance with Sections 4.0 and 9.0 of General Order 224, all proceedings will be stayed until the determination of this motion.

Clerk, U.S. District Court

January 3, 2003          By _____
Dated                         Deputy Clerk



cc: Judge Assigned to Case
    Judge Assigned to Hear Motion
    Assistant U. S. Attorney
    Counsel of Record



CR-30 (10/97)          REFERRAL OF MOTION TO DISQUALIFY JUDGE IN A CRIMINAL CASE