1  DEBRA W. YANG
   United States Attorney
2  JACQUELINE CHOOLJIAN
   Assistant United States Attorney
3  Chief, Criminal Division
   ELENA J. DUARTE
4  Assistant United States Attorney
   (Cal. State Bar #168817)
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:   (213) 894-8611
7       Facsimile:   (213) 894-8601

   Attorneys for Plaintiff
   UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )  No. CR 02-350(A)-AHM
                                )
12            Plaintiff,         )
                                )
13            v.                 )  [JOINT PROPOSED] AMENDED ORDER RE:
                                )  DETERMINATION OF DEFENDANT'S
14 STEVEN WILLIAM SUTCLIFFE,     )  COMPETENCY AND TRANSFER TO FMC-
                                )  DEVENS (18 U.S.C. § 4241(d))
15            Defendant.         )
                                )
16                              )
   _____)

17
        On March 14, 2003, the parties appeared for a competency
18
   hearing pursuant to 18 U.S.C. § 4241(a).  At the hearing, the
19
   Court considered the "Forensic Evaluation" report submitted by
20
   MDC/LA, heard the testimony of Dr. Rushton Backer, observed
21
   defendant's behavior in court, and heard and considered arguments
22
   and advice of counsel for the United States and the defendant.
23
   On April 1, 2003, the Court received the Forensic Evaluation
24
   Addendum prepared by Dr. Backer, and the Court has read and
25
   considered this Addendum as well as the balance of the entire
26
   record of this case.
27
        Based on the foregoing, the Court finds the following by a
28
   preponderance of the evidence:

FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTER ON ICMS

APR  8 2003

CC: USMO, PSA

1  Defendant Steven William Sutcliffe is presently suffering

2  from a mental disease or defect rendering him mentally

3  incompetent to the extent that he is unable to understand the

4  nature and consequences of the proceedings against him or to

5  assist properly in his defense.

6  IT IS HEREBY ORDERED, based on this finding, that pursuant

7  to 18 U.S.C. § 4241(d), defendant Steven William Sutcliffe is

8  hereby committed into the custody of the Attorney General of the

9  United States, to be transported forthwith to FMC Devens,

10  Massachusetts, address: P.O. Box 880, Devens, Massachusetts,

11  01432; telephone (978) 796-1412; fax (978) 796-1364.  Pursuant to

12  18 U.S.C. § 4241(d)(1), defendant shall remain at FMC Devens for

13  a reasonable period of time, but not to exceed four months, for

14  the purpose of determining whether there is a substantial

15  probability that in the foreseeable future defendant will attain

16  the capacity to permit the trial to proceed.

17  IT IS FURTHER ORDERED THAT defendant shall arrive at and be

18  admitted into FMC Devens not later than April 7, 2003, and shall

19  leave FMC Devens not later than August 7, 2003, to begin his

20  transport back to MDC/LA.  In the event that prior to August 7,

21  2003, the Psychology Services staff at FMC Devens makes the

22  required determination as to whether there is a substantial

23  probability that in the foreseeable future defendant will attain

24  that capacity to permit the trial to proceed, pursuant to 18

25  U.S.C. § 4241(d)(1), the staff shall lodge their report at that

26  time with the Court, as well as mail copies of the report to

27  counsel for defendant and the Assistant United States Attorney

28  assigned to this case.  In any event, the report shall be lodged

2

1 | and mailed not later than August 18, 2003.

2 |      Sutcliffe shall be returned to MDC/LA by not later than

3 | August 18, 2003, to attend the status hearing re: defendant's

4 | competency which is now **RESET** from August 6, 2003, to August 25,

5 | 2003.   The trial date shall remain September 9, 2003, at 8:00

6 | a.m. as previously set.   Time is excluded from calculation under

7 | the Speedy Trial Act, 18 U.S.C. § 3161 et seq., for the reasons

8 | already set forth in this Court's previous Order.

9 |      IT IS SO ORDERED.

10

11

12 | DATED: April 7, 2003

13 |      HONORABLE A. HOWARD MATZ
     United States District Judge

3

## CERTIFICATE OF SERVICE

I, YOLANDA AGUAYO, declare:

That I am a citizen of the United States and

resident or employed in Los Angeles County, California; that my business address is the Office of the

United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California

90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who

is a member of the Bar of United States District Court for the Central District of California, at whose

discretion I served a copy of: [JOINT PROPOSED] AMENDED ORDER RE:

DETERMINATION OF DEFENDANT'S COMPETENCY AND TRANSFER TO FMC-

DEVENS (18 U.S.C. § 4241(d))

service was:

[ ] Placed in a closed envelope,                    [ X ] Placed in a seal envelope
    for collection and interoffice delivery              for collection and mailing via
    addressed as follows:                               United States Mail, addressed
                                                        as follows:

[ ] By hand delivery addressed                     [ ] By facsimile as follows:
    as follows:

[ ] By messenger as follows:                       [ ] By federal express as follows:

**GREGORY NICHOLAYSEN, ESQ.**
16000 Ventura Boulevard
Suite 500
Encino, California 91436

This Certificate is executed on April 4, 2003, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_Yolanda Aguayo_
YOLANDA AGUAYO