UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Case No. <u>CR02-350(A)-AHM</u>                                    Date and Filed: <u>September 26, 2003</u>

PRESENT:    THE HONORABLE A. HOWARD MATZ, JUDGE

| <u>Stephen Montes</u> | <u>Not Reported</u> | <u>Elena J. Duarte</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | **Not Present** Assistant U.S. Attorney |

Interpreter: <u>N/A</u>

USA v. (DEFENDANT(S) **NOT** PRESENT):              ATTORNEY(S) **NOT** PRESENT FOR DEFENDANT(S):

(1)    <u>Steven William Sutcliffe, pro se</u>        (1)    <u>David R. Reed – Stand-by Counsel</u>
       <u>X</u>  Custody ___ Bond ___ O/R                    <u>X</u>  Appointed ___ Retained

## PROCEEDINGS:         (IN CHAMBERS)

The Court is in receipt of two letters dated September 23, 2003 from *pro se* defendant
Steven William Sutcliffe and is making them a part of the record of this action by attaching them
hereto.

| Priority | ✓ |
| Send | |
| Enter | |
| Closed | |
| JS-5/JS-6 | |
| JS-2/JS-3 | |
| Scan Only | |



ENTER ON ICMS

SEP 26 2003

Initials of Deputy Clerk

Dear Clerk of the Court,                    09:23:2003

    Enclosed please find four (4) original motions for the parties of case # CR 02-350(A)-AHM. As I lack funds and means to make copies and mail to the AUSA et al, please make copies on my behalf and return one conformed copy for my records if you would be so kind. Also, please find a five (5) page letter for the Honorable A. Howard Matz. Please also file this and return a copy for my records— Please make sure you mark Legal-Mail/Open in Presence of Inmate on all paperwork sent to me at the MDC since all my legal work seems to be arriving pre-opened from the court and the AUSA.

    Thank you in advance for your patience and understanding and assistance in this matter,

                Very truly yours,

                Steven Sutcliffe

                Steven Sutcliffe
                02837-049
                MDC
                PO Box 1500
                LA, CA 90053-1500

Dear Judge Matz,                    09:23:2003

I am in receipt of your Minute Order dated Sept. 17, 2003, but not mailed until Sept. 18, 2003, received by me here at MDC on Sept. 22, 2003. This all relates to my letter dated and mailed Sept. 9, 2003, and stamped "Filed" on Sept. 12, 2003.

In response to my request in the letter in which I identified 6 witnesses I needed subpoenaed for trial, you sent back to me one single blank subpoena form and directions that I "shall" review 28 U.S.C. § 1825 and 1915.

As you know, I am, and have been, detained at the Metropolitan Detention Center ("MDC") since April 7, 2002. This is not a legal research facility. While it does have a rather outdated, dilapidated and incomplete "law library" I only have access to it one day a week on Wednesdays. The library is open from 8 AM – 10 AM and 1 PM – 3 PM. The library has 7 typewriters, of which 4 work, if you can get one since its "first come, first serve. My only access to a copier is in this law library and the machine is broken, and has been for the past month, the other copier next to it has been broken down even longer, 3 months. Even if it were working, copies are available only by copy cards which must be purchased by the inmate at $6.50 each. That's assuming MDC has the cards in stock, as I can attest they were out of stock for the past 3-4 weeks,

(page 1 of 5)

even if the copiers were functioning there was no way for me to make any copies. Plus, I have no resources to purchase copy cards, even when available, and even if the copy machine was functioning.

I have no way to contact my stand-by counsel - as I have very limited access to a telephone and little to no money to make calls. I have no access to my outside legal consultant, or any consultants who could assist me in preparing for trial.

I have no received any of the "hard" evidence in this case nor do I have the ability to view or hear any of this "hard" evidence even if it was given to me as you so ordered. Plus, just recently, the AUSA wrote me a letter on 09:15:2003, which was not even postmarked until 09:17:2003, and which was received by me, opened, on 09:22:03. The letter contained a CDRom disk with no markings on its cover, the CDRom had written on it "Defense Copy 08/25/2003 Download"- As noted above, and as you already know, I have no way of viewing this CDRom. The AUSA's letter indicated a copy was sent to my stand-by counsel, but that the disk was not sent — then, not only can I not view the CDRom,

(2)

My "stand-by" counsel who is supposed to "take over for me" if you should so order (I wonder) has no idea what is on this CD ROM disk. Of course, neither do I. And, of course, as of 09:19:2003, the last time I saw Mr. Reed, he had not received or even knew of the existence of the "hard" evidence. ("Hard" evidence is defined, but not limited to CD Roms, floppy disks, Hard drives, Zip Disks, Optical Tapes, Memory Sticks and all other non paper items.)

Furthermore, I supposedly have a computer expert, paid for twice by the court - yet, he, she, it(?) has never contacted me in any way, shape or form. I have no contact info for him, her, them and Mr Reed, my "stand-by" "take over" guy told me on 09:19:2003, he has no knowledge or information about the existence of such an expert.

I believe you and the AUSA, know, and have known, about these issues - both before you ordered me to proceed to trial as my own attorney on August 27, 2003, and since, and that your failure to ensure I have the most basic of tools needed to even prepare for trial, is just another scheme to delay my trial once again.

(3)

The jury instructions submitted by the AUSA and one of your appointed representatives (sic) [Harris] all deal with general intent charges — charges that were changed on the eve of trial in Jan. to specific intent charges, causing even more delay. Of course, my ability to prepare, research, and submit jury instructions is impared due to my inability to have access to a law library, copy machine, working type writer, telephone, fax machine. and legal consultants — part of a very coy and manipulative game or scheme.

Finally, my lack of access and materials to prepare for this trial, in name only, has severly limited my ability to prepare and file appropriate pre-trial motions (Motions in Limine) — many of which must be filed, issues raised, or they are waived. Given your refusal to permit me to speak — given your perception that any interruption of you by me constitutes a "disruptive behaviour" and given that there are at least a half-a-dozen motions pending I previously made that have not been ruled on to date, some more then 9 months old, I simply cannot keep track of everything, nor should I be expected, given my living quarters, without

(4)

the most basic tools that any attorney would certainly have access to - such as a photocopier, fax machine, printer, library and people who could assist as requested.

I will proceed to trial as ordered by you on 08:27:2003, with only 33 days to prepare under such conditions, even though the least amount of time you gave any representative (sic), who had access to all of the above and who, presumably, had access and the opportunity to at least view the evidence, a minimum of 12 weeks to prepare [Even then they requested more time]. I have been in custody for 1½ years to date, you have employed numerous coy and manipulative schemes to delay my trial, always claiming that it was my fault. I do not waive any of these issues and I will conduct the trial to the best of my ability given the restrictions, limitations and deficiencies you have forced upon me.

Very truly yours, all rights reserved,

Steven William Sutcliffe
Sui Juris

CC: Leslie McAfee, Esq

(5)

# Declaration of Mailing

I, Steven-William: Sutcliffe, declare:

ON 09:23:2003, in Los Angeles, California, from within the Metropolitan Detention Center, I did present to Officer of the day, CO: R. Jones, an envelope containing four (4) motions, and one (1) letter five (5) pages long, addressed to the Clerk of Court of the Honorable A. Howard Matz, addressed as Legal-Mail, with the following address:

Clerk of the Court
Honorable A. Howard Matz, Judge
United States District Court
312 N. Spring Street G-8
Los Angeles, California 90012-4793

Further, I did watch the officer sign the seal of this envelope, by my request, before placing said envelope in a lock container for mail provided by MDC. Signed under penalty of parjury.

Dated 09:23:2003

Steven: Sutcliffe

CC: Leslie McAfee, Esq