UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR02-350(A)-AHM                    Date and Filed: November 11, 2003

PRESENT: **HONORABLE A. HOWARD MATZ, U. S. DISTRICT JUDGE**

| CYNTHIA SALYER | Not Reported | Elena Duarte | Priority |
|---|---|---|---|
| Deputy Clerk | Court Reporter | **Not Present** Asst. U.S. Attorney | Send ✓ Enter ___ Closed ___ JS-5/JS-6 ___ JS-2/JS-3 ___ Scan Only ___ |

INTERPRETER: N/A

U.S.A. v. Defendant **NOT PRESENT**          Attorneys for Defendant **NOT PRESENT**

1) Steven William Sutcliffe, *pro se*         1) David R. Reed – Stand-By Counsel
___pres  x  custody  ___bond                   ___pres  x  apptd  ___retnd

**PROCEEDINGS: (IN CHAMBERS) Order Denying the Motions Defendant Filed on November 7, 2003**

1. The Court again DENIES Defendant's motion in limine to exclude evidence of the rifle, bayonet and ammunition seized at his home.
2. The Court again DENIES Defendant's motion to question witness Tracy Hall about her prior (1988) misdemeanor convictions.
3. Defendant may cross-examine Tracy Hall about the fact that in 2003 she was convicted of "dissuading a witness from testifying," in violation of California Penal Code § 136.1(B)(2). Defendant will be permitted to refer to that crime as "witness tampering." Defendant will not be permitted to inquire into further details about that conviction unless Defendant can provide a good faith offer of proof showing that the witness who Hall dissuaded from testifying either (a) was going to disclose negative information about Hall personally, in a lawsuit in which Hall was a party or (b) was in some manner involved factually in the disputes between Global Crossing and Defendant or between the United States and Defendant. Absent such showing, the probative value of such information clearly is outweighed by the risk of prejudice, confusion and undue consumption (and waste) of time.
4. To the extent that Defendant's "concern" about the webpage evidence is meant to be a motion in limine, it is DENIED. Defendant has not established even the

ENTER ON ICMS
NOV 2 6 2003

MINUTES FORM 6                                                    Initials of Deputy Clerk ___ 303
CRIM - GEN

    slightest scintilla of governmental misconduct. Moreover, the Government is entitled to authenticate evidence as it is proffered.

5. The Court again DENIES Defendant's Motion to Dismiss Courts [sic] 1-4 on the Grounds of Selective Prosecution.

IT IS SO ORDERED.