UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Priority  Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No: <u>CR02-350(A)-AHM</u>   Date and Filed: <u>November 25, 2003</u>

**PRESENT: HONORABLE A. HOWARD MATZ, JUDGE**

| <u>Cynthia Salyer</u> | <u>Karen Pinn</u> | <u>Elena Duarte</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: <u>N/A</u>

| USA v. (DEFENDANT(S) PRESENT): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 1) <u>Steven William Sutcliffe, pro se</u><br>  X custody ___ bond ___ O/R | (1) <u>David R. Reed, Stand-By Counsel</u><br>  X appointed ___ retained |

___ DAY <u>COURT TRIAL</u>   <u>8th</u> DAY <u>JURY TRIAL</u>

___ The Jury is impaneled & sworn

___ Opening statements made by _____

X Witnesses called, sworn and testified.   X Exhibits identified.   X Exhibits admitted.

X Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___submitted.

X Motions for judgment of acquittal (FRCrP 29) ___ granted X denied ___ submitted.

___ Closing arguments made.   ___ Court instructs jury.   ___ Bailiff/Matron sworn.

___ Alternates excused.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___ FINDING BY COURT AS FOLLOWS:   ___ FILED JURY VERDICT AS FOLLOWS:

Dft #1: ___ Guilty on count(s) _____ ___ Not Guilty on count(s) _____
Dft #2: ___ Guilty on count(s) _____ ___ Not Guilty on count(s) _____
Dft #3: ___ Guilty on count(s) _____ ___ Not Guilty on count(s) _____

ENTER ON ICMS
NOV 2 6 2003

___ Jury polled. ___ Polling waived. ___ Filed Jury notes. ___ Filed Jury Instructions

___ Dft #___ Referred to P/O for I/R & cont to _____ for sentencing.

___ Dft #___ remanded to custody.   ___ Dft #___ released from custody.
___ Remand/Release #___ issd.   ___ Bond exonerated as to dft #___
X Case continued for further trial to November 26, 2003 at 8:00 a.m. for counsel and 8:30 a.m. for jurors.
___ Other: _____

MINUTES FORM 6
CRIM - GEN

304
Initials of Deputy Clerk _____