UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR 02-350(A)-AHM          Date and Filed: February 25, 2004

========================================================================

PRESENT: **HONORABLE A. HOWARD MATZ, U. S. DISTRICT JUDGE**

| Stephen Montes | Not Reported | Elena J. Duarte |
|---|---|---|
| Deputy Clerk | Court Reporter | **Not Present** |
| | | Asst. U.S. Attorney |

INTERPRETER:   N/A

========================================================================

U.S.A. v. Defendant **NOT PRESENT**        Attorneys for Defendant **NOT PRESENT**

1) Steven William Sutcliffe, pro se    1) David R. Reed
                                          Standby counsel

   X  custody    ___bond    ___O/R       X  apptd    ___retnd

---

**PROCEEDINGS: (IN CHAMBERS)**

Pursuant to its inherent authority to administer justice and supervise the conduct of attorneys admitted to practice in this Court, the Court ORDERS attorney Leslie McAfee to appear in court on March 1, 2004 at 4:00 p.m.. The Court further ORDERS Mr. McAfee to bring to court the original and every copy in his actual or constructive possession of (1) all items of evidence marked at or received at the trial and (2) all discovery that the Government previously made available to defendant.

IT IS SO ORDERED.

Priority       ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTER ON ICMS
FEB 26 2004

Initials of Deputy Clerk _____

CRIM - GEN