# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER: 2:02-cr-00350-AHM-1 |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| Sutcliffe | **RECEIPT FOR RELEASE OF EXHIBITS**<br>☒ PERMANENT / ☐ TEMPORARY |
| DEFENDANT(S). | |

The undersigned hereby requests and acknowledges the receipt of the following exhibits upon *(check one)*:
- ☐ order of court
- ☒ notice of destruction from exhibit custodian
- ☐ expiration of time for appeal
- ☐ determination of appeal

**If release is temporary**, exhibits shall be returned to Exhibit Custodian no later than _____.

| Plaintiff | Defendant | Description of Exhibits |
|---|---|---|
| | X | Defendant's Exhibits 200-244 |
| | | |
| | | |
| | | |

04/29/2016
Date

Steven Sutcliffe
Name of Receiver

X [signature]
Signature of Receiver

8959 Bartee Ave
Street Address

Arleta CA 91331
City, State & Zip Code

_____      [redacted]
Telephone Number        I.D. Number

================================================================================

### Certification of Exhibit Custodian

☐ I have received a copy of the order for the ☒ permanent / ☐ temporary release of exhibits.
☐ I hereby certify this date that I have researched the records of this Court and have determined that the appeal time has passed or a decision of the appeal has been received by this court and the exhibits are eligible for return.

4-29-2016
Date

Clerk, U. S. District Court

Derek Davis
Exhibit Custodian

G-27 (06/98)       RECEIPT FOR RELEASE OF EXHIBITS ☐ PERMANENT / ☐ TEMPORARY